# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **FANNIE HALL, et al.,** | ) Case No. 1:10 CV 1559 |
| **Plaintiffs,** | ) Judge Dan Aaron Polster |
| vs. | ) **JUDGMENT ENTRY** |
| **UNITED STATES POSTAL SERVICE,** | ) |
| **Defendant.** | ) |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

  /s/ Dan A. Polster     October 13, 2010
 **Dan Aaron Polster**
 **United States District Judge**